EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Oscar Acarón Montalvo | 2019 TSPR 235  203 DPR _____ |
|---|---|

Número del Caso:  TS-8050

Fecha:  12 de diciembre de 2019

Programa de Educación Jurídica Continua:

Lcda. María Cecilia González Molinelli

Lcdo. Oscar Acarón Montalvo:

Por derecho propio

Materia:  La suspensión será efectiva el 20 de diciembre de 2019, fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| In re:<br><br>Oscar Acarón Montalvo | TS-8050 |  |

PER CURIAM

San Juan, Puerto Rico, a 12 de diciembre de 2019.

Ante los constantes incumplimientos con las órdenes de este Tribunal y con los requerimientos del Programa de Educación Jurídica Continua (PEJC), decretamos la suspensión inmediata e indefinida del Lcdo. Oscar Acarón Montalvo (licenciado Acarón Montalvo) de la práctica de la abogacía y la notaría.[1]

**I**

El 13 de diciembre de 2018, la Directora del PEJC presentó el Informe sobre incumplimiento con el requisito de educación jurídica continua en el que nos refirió al licenciado Acarón Montalvo por su incumplimiento con la educación jurídica continua para el periodo del 1 de junio de 2011 al 31 de mayo de 2013.[2] En consecuencia, el 9 de enero de 2019, este Tribunal ordenó al letrado a mostrar causa por la cual no debía ser suspendido del

_____

[1]El Lcdo. Oscar Acarón Montalvo (licenciado Acarón Montalvo) fue admitido a la práctica de la abogacía el 26 de junio de 1985 y prestó juramento como notario el 4 de marzo de 1986.

[2]Del expediente se desprende que el licenciado Acarón Montalvo también adeuda los periodos siguientes.

ejercicio de la abogacía por incumplir con los requisitos y los requerimientos del PEJC.

En respuesta a nuestra orden, el licenciado Acarón Montalvo compareció y explicó las situaciones por las que entendía había incumplido con los requisitos del PEJC, principalmente situaciones de carácter económico. Además, alegó haber tomado ciertos cursos y ser merecedor de alguna acreditación por servicios pro bono. Ante tal escenario, solicitó un término de sesenta (60) días para cumplir con los requisitos del PEJC adeudados.

Así, el 11 de febrero de 2019, le concedimos un término de noventa (90) días para cumplir con todos los cursos y presentar una certificación del PEJC que acreditara tal hecho. Al incumplir con esta última orden, el 13 de junio de 2019, se le extendió un término final de diez (10) días para mostrar causa por la cual no debía ser suspendido del ejercicio de la abogacía.

Ante el hecho de no comparecer y tampoco cumplir con los requisitos del PEJC, el 20 de septiembre de 2019, le fue concedido un término final e improrrogable de diez (10) días acompañado de la advertencia de posibles sanciones, incluida la suspensión de la profesión. Al día de hoy, el licenciado Acarón Montalvo no ha cumplido con los asuntos ordenados.

**II**

Sabido es que desatender nuestros requerimientos es incompatible con la práctica de la profesión, ya que constituye una violación al Canon 9 del Código de Ética Profesional, 4 LPRA Ap. IX, y menoscaba nuestro poder inherente de regular la profesión jurídica. In re Canales Pacheco, 200 DPR 228, 233 (2018). Consecuentemente, hemos sido tajantes al concluir que tal conducta conlleva la separación inmediata e indefinida del ejercicio de la abogacía. Íd.

Así también, hemos expresado que lo anterior se extiende a los requerimientos de nuestros brazos operacionales, tales como la Oficina del Procurador General, la Oficina de Inspección de Notarías y el PEJC. In re Torres Babilonia, 2019 TSPR 150; In re Arocho Cruz, 200 DPR 352, 361-362 (2018). De esa forma, hemos suspendido indefinidamente del ejercicio de la profesión a abogados y abogadas por haber desatendido los requerimientos del PEJC y apartarse de las exigencias concernientes a la educación jurídica continua.

Al amparo de la normativa jurídica expuesta, evaluaremos la conducta exhibida por el licenciado Acarón Montalvo.

**III**

El tracto procesal antes descrito evidencia el patrón de incumplimiento incurrido por el licenciado Acarón Montalvo. Una vez nos fue referido su

incumplimiento con la educación jurídica continua, le concedimos un primer término de noventa (90) días para cumplir con lo anterior. Sin embargo, no satisfizo lo ordenado. Ante su incomparecencia, le extendimos dos (2) términos adicionales, cada uno de diez (10) días, con las debidas advertencias. No obstante, tampoco compareció ni cumplió con los requerimientos del PEJC.

El insistente incumplimiento del licenciando Acarón Montalvo a nuestras órdenes y a los requerimientos del PEJC amerita la suspensión de la profesión en virtud del Canon 9 de Ética Profesional, supra. Su incumplimiento, aun después de las múltiples oportunidades ofrecidas, demuestra poco interés y respeto hacia este Foro y sus dependencias. Por ello, nos vemos obligados a ejercer nuestro poder disciplinario y, así, suspenderlo inmediata e indefinidamente de la abogacía y la notaría.

## IV

Por los fundamentos que anteceden, suspendemos inmediata e indefinidamente al Lcdo. Oscar Acarón Montalvo del ejercicio de la abogacía y la notaría.

Como consecuencia, se le impone el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándoles. Del mismo modo, se le ordena que devuelva a sus clientes los expedientes de los casos pendientes y cualesquiera honorarios recibidos por trabajos no realizados. Además, se le impone la obligación de informar inmediatamente de su suspensión a

los foros judiciales y administrativos en los que tenga asuntos pendientes. A su vez, deberá acreditar a este Tribunal el cumplimiento con lo aquí ordenado, dentro del término de treinta (30) días contado a partir de la notificación de esta Opinión *Per Curiam* y Sentencia.

Por su parte, se le ordena al Alguacil de este Tribunal incautar inmediatamente la obra y el sello notarial del Sr. Oscar Acarón Montalvo y entregarlos al Director de la Oficina de Inspección de Notarías para la correspondiente investigación e informe. Además, en virtud de esta suspensión inmediata e indefinida del ejercicio de la notaría, la fianza que garantiza las funciones notariales queda automáticamente cancelada. Asimismo, la fianza se considerará buena y válida por tres (3) años después de su terminación, en cuanto a los actos realizados durante el periodo en que ésta estuvo vigente.

Por último, se ordena el archivo administrativo de la Querella CP-2019-01 y las Quejas AB-2019-98 y AB-2018-217, hasta tanto dispongamos otra cosa.

Notifíquese personalmente esta Opinión *Per Curiam* y Sentencia al Sr. Oscar Acarón Montalvo.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Oscar Acarón Montalvo                    TS-8,050


SENTENCIA

San Juan, Puerto Rico, a 12 de diciembre de 2019.

Por los fundamentos que anteceden, se suspende inmediata e indefinidamente al Lcdo. Oscar Acarón Montalvo del ejercicio de la abogacía y la notaría.

Como consecuencia, se le impone el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándoles. Del mismo modo, se le ordena que devuelva a sus clientes los expedientes de los casos pendientes y cualesquiera honorarios recibidos por trabajos no realizados. Además, se le impone la obligación de informar inmediatamente de su suspensión a los foros judiciales y administrativos en los que tenga asuntos pendientes. A su vez, deberá acreditar a este Tribunal el cumplimiento con lo aquí ordenado, dentro del término de treinta (30) días contado a partir de la notificación de esta Opinión *Per Curiam* y Sentencia.

Por su parte, se le ordena al Alguacil de este Tribunal incautar inmediatamente la obra y el sello notarial del Sr. Oscar Acarón Montalvo y entregarlos al Director de la Oficina de Inspección de Notarías para la correspondiente investigación e informe. Además, en virtud de esta suspensión inmediata e indefinida del ejercicio de la notaría, la fianza que garantiza las funciones notariales queda automáticamente cancelada. Asimismo, la fianza se considerará buena y válida por tres (3) años después de su terminación, en cuanto a los actos realizados durante el periodo en que ésta estuvo vigente.

Por último, se ordena el archivo administrativo de la Querella CP-2019-01 y las Quejas AB-2019-98 y AB-2018-217, hasta tanto dispongamos otra cosa.

Notifíquese personalmente esta Opinión *Per Curiam* y Sentencia al Sr. Oscar Acarón Montalvo.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. La Juez Asociada señora Rodríguez Rodríguez y Juez Asociado señor Kolthoff Caraballo no intervinieron.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina